Argued and submitted October 17, affirmed November 13, 2002, petition for review denied February 25, 2003 (335 Or 217)

MICHAEL ERNEST LONG,
*Appellant,*

*v.*

Robert LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

00-11-681-M; A114565

57 P3d 948

David R. Carlson argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002).